**Order entered September 29, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00086-CV

**BRIDGET PARSON, Appellant**

**V.**

**BECKY COLE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01563-B**

### ORDER

Before the Court is appellant's September 27, 2021 motion to recall the mandate. We dismissed this appeal by opinion and judgment dated March 15, 2021 and the mandate issued on July 29, 2021. On June 2, 2021, appellant filed, in a different appeal, a suggestion of bankruptcy. In light of the bankruptcy filing, we **GRANT** appellant's motion and **DIRECT** the Clerk of this Court to **RECALL** the mandate.

Appellant's bankruptcy filing automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2. Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3. *See id*. 8.3. Once the appeal is reinstated, the mandate will issue forthwith.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE